UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GWENDLYN J. RUMMELL,<br><br>              Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>              Defendant. | Case No. CV-22-126-BLG-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Order dated August 8, 2023 (Doc. 17), Judgment is entered in favor of Plaintiff.

Dated this 8th day of August, 2023.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Sarah Nagy
                                      Sarah Nagy, Deputy Clerk